UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SOPHIA GAO,<br><br>Defendant. | 23cr1490-RSH<br>Case No. 23-mj-2345-KSC<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1960 – Operating Unlicensed Money Transmitting Business; Title 18, U.S.C., Secs. 982(a)(1) and 924(d)(1), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

**COUNT 1**

[Operating an Unlicensed Money Transmitting Business – 18 U.S.C. § 1960]

1. Beginning on or about late 2023, and continuing until on or about June 28, 2023, defendant SOPHIA GAO and others knowingly conducted, controlled, managed, supervised, directed, or owned all or part of a money transmitting business, which affected interstate or foreign commerce, and failed to comply with the money transmitting registration requirements under Title 31, United States Code, Section 5330 and the

regulations prescribed thereunder, all in violation of Title 18, United States Code, Section 1960.

FORFEITURE ALLEGATIONS

2. The allegations set forth in Count 1 is realleged herein for purposes of seeking forfeiture to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offenses alleged in Count 1 of this Information, defendant SOPHIA GAO shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to $200,000 in U.S. currency.

4. In the event that any of the property described above, as a result of any act or omission of any defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property up to the value of the afore-described properties pursuant to Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c).

DATED: July 17, 2023

RANDY S. GROSSMAN
United States Attorney
Southern District of California

*/s/ Carl F. Brooker, IV*
CARL F. BROOKER, IV
Assistant U.S. Attorney

2